UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re

                                                      Case No.: 22-

Deirdre Evans,

                                                      Chapter 7

                         Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**<u>DECLARATION OF DEBTOR REGARDING PAYMENT ADVICES</u>**

Deirdre Evans, the above-captioned debtor, hereby declares as follows:

1.      Bankruptcy Code Section 521 requires consumer debtors to file payment advices reflecting the income received by an employer in the 60 days preceding the filing of a bankruptcy petition. Attached are the paystubs for that period.

2.      I swear under penalty of perjury that the foregoing is true and accurate.

Dated:  August 29, 2022

         Queens, NY

                                                                                                   */s/*Deirdre Evans

                                                                                                Deirdre Evans

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| **JPH** | 024740 | 142055 | | 0000320131 | 1 |

# Earnings Statement



MAP COMMUNICATIONS, INC.
555 BELAIRE AVE, 6TH FLOOR
CHESAPEAKE, VA 23320

Period Beginning: 07/23/2022
Period Ending: 08/05/2022
Pay Date: 08/12/2022

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**DEIRDRE EVANS**
**179-41 ANDERSON ROAD**
**JAMAICA NY 11434**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 48.07 | 865.26 | |
| Overtime | 27.0000 | 1.07 | 28.89 | |
| Covid Sick Hrs | 18.0000 | 8.00 | 144.00 | 144.00 |
| Sick Hours | 18.0000 | 11.12 | 200.16 | 534.96 |
| Holiday Hours | | | | 288.00 |
| **Gross Pay** | | | **$1,238.31** | 17,154.54 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -71.25 | 1,169.10 |
| | Social Security Tax | -71.77 | 1,023.60 |
| | Medicare Tax | -16.79 | 239.39 |
| | NY State Income Tax | -42.88 | 667.67 |
| | New York Cit Income Tax | -30.28 | 472.21 |
| | NY SDI Tax | -1.20 | 14.40 |
| | NY Paid Family Leave Ins | -6.33 | 87.65 |
| | **Other** | | |
| | ACCIDENT | -5.19 | 41.52 |
| | Critical | -12.78 | 102.24 |
| | Dental | -3.53* | 28.24 |
| | Garnish | -16.96 | 1,489.14 |
| | Identity Theft | -4.59 | 36.72 |
| | Medical | -74.90* | 599.20 |
| | Term Life | -3.83 | |
| | Vision | -2.17* | 17.36 |
| | **Net Pay** | | **$873.86** |
| | Checking 1 | -873.86 | |

**Net Check**  **$0.00**

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are $1,157.71

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Compensation | 1,238.31 | 17,154.54 |
| Vac Balance | 10.25 | |
| Totl Hrs Worked | 49.14 | |
| Covid Sick Bal | | -8.00 |

**Important Notes**
COMPANY PH#:+1 800 673 4232

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  NY:        Single
  New York Cit:  Single
Exemptions/Allowances:
  NY:        0
  New York Cit:  0

© 2000 ADP, Inc.

---

MAP COMMUNICATIONS, INC.
555 BELAIRE AVE, 6TH FLOOR
CHESAPEAKE, VA 23320

**Advice number:** 00000320131
Pay date: 08/12/2022



**Deposited to the account of**
**DEIRDRE EVANS**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx0863 | xxxx xxxx | $873.86 |

**NON-NEGOTIABLE**